
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARISA ATIN, | No. 12-73240 |
| Petitioner, | Agency No. A099-905-254 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 18, 2014[**]

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Marisa Atin, a native and citizen of Indonesia, petitions for review of the

Board of Immigration Appeals' order dismissing her appeal from an immigration

judge's decision denying her application for asylum. We have jurisdiction under

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252. We review for substantial evidence factual findings. *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009). We deny the petition for review.

The record does not compel the conclusion that the incidents of mistreatment Atin suffered as a child and young adult, even cumulatively, rise to the level of persecution. *See id.* at 1059-60 (two incidents of beating and robbery as a minor and being accosted by mob did not compel finding of past persecution); *Halim v. Holder*, 590 F.3d 971, 975-76 (9th Cir. 2009) (mistreatment as youth and beating by rioters did not compel finding of past persecution). Further, substantial evidence supports the agency's finding that Atin failed to establish a well-founded fear of persecution because, even under disfavored group analysis, she did not demonstrate sufficient individualized risk. *See id.* at 979 (petitioner failed to show he was individually targeted or likely to be individually targeted where he "failed to offer any evidence that distinguishes his exposure from those of all other ethnic Chinese Indonesians"); *cf. Sael v. Ashcroft*, 386 F.3d 922, 927-29 (9th Cir. 2004). Accordingly, Atin's asylum claim fails.

**PETITION FOR REVIEW DENIED.**

12-73240